≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Shaw's Supermarkets, Inc.

v.

Alan Ross, Richard Martineau, Richard Basiliere, Gene Paul Kendall and Jeffrey Budek

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-10231 RGS

TO: (Name and address of Defendant)

Alan Ross
30 Jewett Street
Georgetown, MA  01833

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Watson
Christa von der Luft
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  FEB - 4 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 2-7-2005 |
| NAME OF SERVER (PRINT)  Thomas L Shuney | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
30 Jewell St Georgetown, Mass

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-7-2005
            Date            Signature of Server

            427 Nash St Weymouth
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.