UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05 10231 RGS

SHAW'S SUPERMARKETS, INC.,

    Plaintiff,

v.

ALAN ROSS, RICHARD MARTINEAU,
RICHARD BASILIERE, GENE PAUL
KENDALL, and JEFFREY BUDEK,

    Defendants.

## PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH ARBITRATION SUBPOENAS

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 7, plaintiff Shaw's Supermarkets Inc. ("Shaw's") moves to compel defendants Alan Ross, Richard Martineau, Richard Basiliere, Gene Paul Kendall, and Jeffrey Budek to attend and testify at an arbitration hearing on March 28, 2005 and, if necessary, on March 31, 2005, or on one or more subsequent dates in the event the arbitration is continued. All five defendants are non-party witnesses possessing essential, relevant knowledge concerning the facts of the underlying arbitration. The five defendants, however, have failed to comply with subpoenas signed by Arbitrator Arnold Zack requiring their testimony at previous arbitration hearings. Shaw's further requests that the Court impose sanctions in the amount of five hundred dollars ($500.00) per day for each day that any defendant fails to testify as ordered.

In further support of this motion, Shaw's refers to its Memorandum in Support and the Affidavit of David Watson, served herewith.

>SHAW'S SUPERMARKETS, INC.,
>
>By its attorneys,
>
>*/s/ Christa von der Luft*
>
>David E. Watson (BBO #517620)
>Christa von der Luft (BBO #600362)
>Nutter, McClennen & Fish, LLP
>World Trade Center West
>155 Seaport Boulevard
>Boston, MA 02210-2604
>(617) 439-2000

Dated: February 4, 2005

1374644.2

*[Certificate of Service stamp, signed 2/4/05 C. vd Luft]*

- 2 -