UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4 P 2: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SHAW'S SUPERMARKETS, INC., | ) C.A. No. |
| Plaintiff, | ) |
| v. | ) 05-10231 RGS |
| ALAN ROSS, RICHARD MARTINEAU, RICHARD BASILIERE, GENE PAUL KENDALL, and JEFFREY BUDEK, | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Shaw's Supermarkets, Inc. is a wholly owned subsidiary of Albertsons, Inc.

SHAW'S SUPERMARKETS, INC.,

By its attorneys,

David E. Watson (BBO# 517620)
Christa von der Luft (BBO# 600362)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 2/4/05

Dated: February 4, 2005

1400878.1