UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SHAW'S SUPERMARKETS, INC.

    V.                            CIVIL ACTION NO. 05-10231-RGS

ALAN ROSS, ET AL

# O R D E R

STEARNS, DJ.                                              MARCH 6, 2006

      PLAINTIFF'S COUNSEL IN THE ABOVE-CAPTIONED ACTION IS HEREBY ORDERED TO FILE WITH THIS COURT A WRITTEN "STATUS REPORT", ON OR BEFORE <u>MARCH 17, 2006.</u>

      FAILURE TO COMPLY WILL RESULT IN IMMEDIATE DISMISSAL OF THE CASE.

      SO ORDERED.

                                                    RICHARD G. STEARNS
                                                    UNITED STATES DISTRICT JUDGE

          BY:

                                                   /s/ Mary H. Johnson
                                                     Deputy Clerk