UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHAW'S SUPERMARKETS, INC., ) | C.A. No. 05-CV-10231 (RGS) |
| Plaintiff, ) |  |
| v. ) |  |
| ALAN ROSS, RICHARD MARTINEAU, RICHARD BASILIERE, GENE PAUL KENDALL, and JEFFREY BUDEK, ) |  |
| Defendants. ) |  |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shaw's Supermarkets, Inc., pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), hereby stipulates that this action be dismissed without prejudice and without costs.

SHAW'S SUPERMARKETS, INC.,

By its attorneys,

/s/ Christa von der Luft
Christa von der Luft (BBO# 600362)
Matthew E. Feiner (BBO# 662170)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated:  March 9, 2006

1511183.1