UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
SHAW'S SUPERMARKETS, INC.,                  )     C.A. No. 05-CV-10231 (RGS)
                                            )
            Plaintiff,                      )
                                            )
v.                                          )
                                            )
ALAN ROSS, RICHARD MARTINEAU,               )
RICHARD BASILIERE, GENE PAUL                )
KENDALL, and JEFFREY BUDEK,                 )
                                            )
            Defendants.                     )
_____)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Shaw's Supermarkets, Inc., pursuant to the provisions of Fed. R. Civ. P.

41(a)(1)(i), hereby stipulates that this action be dismissed without prejudice and without costs.


                              SHAW'S SUPERMARKETS, INC.,

                              By its attorneys,

                              /s/ Christa von der Luft
                              Christa von der Luft (BBO# 600362)
                              Matthew E. Feiner (BBO# 662170)
                              Nutter, McClennen & Fish, LLP
                              World Trade Center West
                              155 Seaport Boulevard
                              Boston, MA  02210-2604
                              (617) 439-2000

Dated:  March 9, 2006


1511183.1